84,045-01

to whom it may concern, I understand you have recieved my 11-07 writ of habeaus Corpus Application I want to Bring to your attention this State code that will provide evidence ineffective assistance of counsel

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta. Clerk

EX PARTE Y BARRA 629 sw 2d 943 (Tex Crim App 1982) ineffective assistence of counsel attorney was ineffective for investigating defendants case and failing to present evidence on in Behalf of the defendant

1. failure to present to Courts failure of miranda Warnings

2 also Evidence on video that will show that I could not have inflicted this injury my elaboration would have inflicted injuries to victims right side while evidence will show that victim suffered injuries to his left side

Failure to Present mitigating evidence Texas courts have held that Counsel failure to present evidence at the punishment hearing so irrelevant absentee a showing that mitigating evidence was available and that the defendant would have benefited from the evidence see EX-PARTe White 160 S.W. 3d 46, 52 (TEX. CRIM.APP. 2004) Defense counsel's failure to investigate the bases of his clients mitigation defense can amount to ineffective assistance of counsel Williams US Taylor 529 US 362. 395-97 120 S.CT. 1495 146 ES 2d 389 (tex clim APP. 2000) reaffirming state trial courts decision to grant new sentencing trial on grounds that counsel Provided ineffective assistance of counsel by failing to uncover certain mitigating evidence in determining whether counsel conducted a reasonable investigation should have uncovered the mitigating evidence

see Baxter v Thomas 45 F 3d 1501, 1513 11th Cir 1995 a failure to uncover and present mitigating evidence cannot be used justified as a tactical decision when defense counsel has not conducted a thorough investigation of defendants background Wiggin v Smith 539 US 510, 521 123 ct 25 27 156 led 2d 471 Tex Crim App 2003)